United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Michael Alan Brand - # 085416

_____/

**ORDER TO SHOW CAUSE**

It appearing that Michael Alan Brand has been suspended by the California Supreme Court due to noncompliance with Rule 9.22 for failure to contribute to Child and Family Support, effective October 5, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before February 5, 2010 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:

VAUGHN R WALKER
United States District Chief Judge

Mailing Address:
Michael Alan Brand
Attorney At Law
136 Por La Mar Cir.
Santa Barbara, CA 93103