IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:  No CV 09 80340 MISC VRW

Michael Alan Brand,

    State Bar No 085416

ORDER

_____/

    On December 17, 2009, the court issued an order to show cause (OSC) why Michael Alan Brand should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment as a member of the State Bar of Califronia due to non-compliance with Rule 9.22 for failure to contribute to Child and Family Support, effective October 5, 2009.

    The OSC was mailed to Mr Brand's address of record with the State Bar on December 22, 2009. A written response was due on or before February 5, 2010. No response to the OSC has been filed as of this date.

    The court now orders Michael Alan Brand removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


IN THE MATTER OF

MICHAEL A. BRAND

State Bar No. 085416

_____/

Case Number: CV09-80340 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Michael Alan Brand
136 Por La Mar Cir.
Santa Barbara, CA 93103

Dated: March 8, 2010

Richard W. Wieking, Clerk

By: Frank Justiliano, Deputy Clerk